IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. CHARLES STRUNCK, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 12-CV-0175 |
| MALLINCKRODT ARD LLC. (f/k/a Mallinckrodt ARD, Inc.; f/k/a Questcor Pharmaceuticals, Inc.), | : |
| Defendant. | : |
| UNITED STATES OF AMERICA, et al., ex rel. SCOTT CLARK, | : |
| Plaintiffs, | : |
| v. | : |
| | : Civil Action No. 13-CV-1776 |
| MALLINCKRODT ARD LLC. (f/k/a Mallinckrodt ARD, Inc.; f/k/a Questcor Pharmaceuticals, Inc.), | : |
| Defendant. | : |

**FILED**
JUL - 8 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

The Government's Motion to Consolidate is hereby Granted. IT IS ORDERED that,

1. The above-captioned cases are consolidated pursuant to Fed. R. Civ. P. 42(a)(2), with *United States ex rel. Strunck v Mallinckrodt ARD LLC*, Case No. 2:12-cv-0175, to be designated the lead case, and all future filings shall be submitted under that caption.

2. This Order shall not affect the right of any Party to assert the application of 31 U.S.C. § 3730(b)(5) or to seek a separate trial pursuant to Fed. R. Civ. P. 42(b).

3. Although Mallinckrodt plc was named as a defendant in one of the two actions being consolidated, it was not served and is not named as a defendant in the United States' Complaint in Intervention, which is now the only operative complaint in this action. Accordingly, upon the stipulation of the parties, Mallinckrodt plc is terminated from this action.

IT IS SO ORDERED,

This 3 day of July, 2019.

_____
HONORABLE BERLE M. SCHILLER
*Judge, United States District Court*