# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHARLES STRUNCK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MALLINCKRODT ARD LLC. (f/k/a Mallinckrodt ARD, Inc.; f/k/a Questcor Pharmaceuticals, Inc. <br><br> *Defendant.* | Case No. 12-cv-0175 |
| UNITED STATES OF AMERICA, *ex rel.* SCOTT CLARK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MALLINCKRODT ARD LLC. (f/k/a Mallinckrodt ARD, Inc.; f/k/a Questcor Pharmaceuticals, Inc. <br><br> *Defendant.* | Case No. 13-cv-1776 — |

FILED
SEP 25 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 25 day of Sept, 2019, pursuant to RCW 74.66.050(1), (4) and analogous false claims acts of the other Plaintiff States, and the Plaintiff States having declined to intervene and having consented to voluntary dismissal without prejudice, it is hereby ORDERED that:

1. This Order, the Plaintiff States' Notice of Declination, and all other papers on file in this action shall be unsealed;

2. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Plaintiff States, as provided for in RCW 74.66.030 and analogous Plaintiff States' false claims acts. The Plaintiff States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

3. The parties shall serve all Notices of Appeal upon the Plaintiff States;

4. All orders of this Court shall be transmitted to the Plaintiff States;

5. If the Relators seek a voluntary dismissal of the Plaintiff States claims, such claims on behalf of the Plaintiff States are dismissed without prejudice;

6. In the alternative, if the Relators continue litigating this action on behalf of the Plaintiff States and the Relators or Defendants later propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the Plaintiff States with notice and an opportunity to be heard before ruling or granting approval thereto; and

7. In accordance with the Maryland False Health Claims Act, Md. Code Ann., Health Gen., § 2-604(a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are dismissed without prejudice.

IT IS SO ORDERED.

BERLE M. SCHILLER
United States District Judge