UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CHARLES STRUNCK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MALLINCKRODT ARD LLC. (f/k/a Mallinckrodt ARD, Inc.; f/k/a Questcor Pharmaceuticals, Inc. <br><br> *Defendant.* | Case No. 12-cv-0175 |
| UNITED STATES OF AMERICA, *ex rel.* SCOTT CLARK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MALLINCKRODT ARD LLC. (f/k/a Mallinckrodt ARD, Inc.; f/k/a Questcor Pharmaceuticals, Inc. <br><br> *Defendant.* | Case No. 13-cv-1776 |

## AMENDED ORDER

AND NOW, this 2 day of Oct, 2019, pursuant to RCW 74.66.050(1) and (4), and analogous false claims acts of the other Plaintiff States, and the Plaintiff States having declined to intervene and having consented to voluntary dismissal without prejudice, it is hereby ORDERED that:

1. The Court's Order at Dkt. No. 58 filed in Case No. 13-cv-1776 is vacated.

2. The parties shall serve all future pleadings and motions filed in this action, including supporting memoranda, upon the Plaintiff States, as provided for in RCW 74.66.030

and analogous Plaintiff States' false claims acts. The Plaintiff States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

3. The parties shall serve all Notices of Appeal upon the Plaintiff States;

4 All future orders of this Court shall be transmitted to the Plaintiff States;

5. If the Relators seek a voluntary dismissal of the Plaintiff States' claims, such claims on behalf of the Plaintiff States are dismissed without prejudice;

6. In the alternative, if the Relators continue litigating this action on behalf of the Plaintiff States and the Relators or Defendants later propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the Plaintiff States with notice and an opportunity to be heard before ruling or granting approval thereto; and

7. In accordance with the Maryland False Health Claims Act, Md. Code Ann., Health Gen., § 2-604(a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are dismissed without prejudice.

IT IS SO ORDERED.

_____
BERLE M. SCHILLER
United States District Judge